UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS BRIM,

      Plaintiff,                      Case No. 1:13-cv-989

v.                                      HON. JANET T. NEFF

DOUGLAS WELTON, et al.,

      Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Injunctive Relief (Dkt 135). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 15, 2016 (Dkt 140), recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 140) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunctive Relief (Dkt 135) is DENIED.

Dated: April 11, 2016                                  /s/Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge